UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | No. 3:07-CR-10 |
| V. ) | (VARLAN/SHIRLEY) |
| ) | |
| ) | |
| ) | |
| DAVID AARON BECKER ) | |
| ) | |

## ORDER OF AUTHORIZATION FOR DISTRIBUTION
## OF AVAILABLE PRIVATE FUNDS

WHEREAS, counsel was appointed as counsel for the above defendant, on the 1sth day of February, 2007; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant for payment of compensation and expenses of court-appointed counsel and for other services necessary for adequate representation, and that the above defendant is therefore financially able to make partial payment for representation, and for other services necessary for adequate representation; and whereas the defendant agrees to pay the sum of **$5,000.00**.

IT IS THEREFORE authorized that pursuant to 18 U.S.C. § 3006A(f) such funds in the amount of **$5,000.00** be paid by said defendant in lump sum. Payment shall be made with a check made payable to the Clerk, United States District Court, and mailed to

Clerk, United States District Court, 800 Market Street, Suite 120, Knoxville, Tennessee, 37902.

AGREED TO:

_____      _February 8, 2007_____
DAVID AARON BECKER                        DATE

**ENTER:**

   _s/ C. Clifford Shirley, Jr.___
United States Magistrate Judge